**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| TIMMY TERRELL HARRIS, | : |
| Plaintiff | : |
| v. | : CASE NO. 7:06-CV-124 (HL) |
| SHIRLEY LEWIS, et al, | : |
| Defendants | : |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 19) filed October 15, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed to the Magistrate Judge's Recommendation within the time allowed.

**SO ORDERED,** this the 14th day of November, 2007.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**